676 A.2d 1193

**Dr. Richard A. HALAPIN, Appellant,**

v.

**Dr. Lawrence K. PETTIT, President of Indiana University of Pennsylvania et al.**

Supreme Court of Pennsylvania.

June 19, 1996.

438

**ORDER**

PER CURIAM:

The Order of the Commonwealth Court is hereby AFFIRMED.

NEWMAN, J., did not participate in the consideration or decision of this case.